THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State,  Respondent,
 v.
 Glen Wilson, Appellant.
 
 
 

Appeal From Williamsburg County
Clifton Newman, Circuit Court Judge
Unpublished Opinion No. 2009-UP-433
Submitted September 1, 2009  Filed
 September 9, 2009    
APPEAL DISMISSED

 
 
 
 Chief Appellate Defender Joseph L. Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Donald J. Zelenka,
 all of Columbia; and  Solicitor C. Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Glen Wilson appeals his convictions for murder,
 assault and battery with intent to kill, possession of a deadly weapon during the
 commission of a violent crime, armed robbery, and criminal conspiracy.  Wilson
 argues the trial court erred in allowing the surviving victim to testify that
 Wilson was "playing his rough role . . . like he's done it before,"
 as this testimony tended to place Wilson's character in issue in violation of
 Rules 403 and 404, SCRE.  After a thorough
 review of the record and counsel's brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsel's motion to be relieved. [1] 
APPEAL
 DISMISSED.  
HUFF,
 THOMAS, and PIEPER, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.